**PEOPLE v. GLUMB**

Larceny—Criminal Law—Evidence—Sufficiency.
> Store security officer's testimony that she saw defendant and a companion put department store merchandise in a bag, bypass two cash registers and take it out of the store without paying for it was sufficient evidence for the jury to find defendant guilty, beyond a reasonable doubt, of larceny in a building (CL 1948, § 750.360).

Appeal from Wayne, James N. Canham, J. Submitted Division 2 October 17, 1969, at Detroit. (Docket No. 5,823.) Decided November 26, 1969.

Christopher Glumb was convicted of larceny in a building. Defendant appeals. Affirmed.

*Frank J. Kelley,* Attorney General, *Robert A. Derengoski,* Solicitor General, *William L. Cahalan,* Prosecuting Attorney, *Samuel J. Torina,* Chief Appellate Lawyer, and *Arthur N. Bishop,* Assistant Prosecuting Attorney, for the people.

*Charles Burke,* for defendant on appeal.

Before: Lesinski, C. J., and J. H. Gillis and Danhof, JJ.

Per Curiam. Defendant and a confederate, Doreen Carlisle, were convicted by a jury of larceny

---

Reference for Points in Headnote
32 Am Jur, Larceny § 135 *et seq.*

in a building.* The only question on appeal is whether there was sufficient evidence to sustain the verdict.

The sole witness, an experienced security officer for Montgomery Ward, testified that she saw Doreen Carlisle pick up two boxes of Christmas lights and hand them to the defendant who put them in a large shopping bag. The witness testified further that she saw the defendant and Miss Carlisle, who carried the shopping bag, pass two cash registers and walk out of the store together without paying for the Christmas lights.

It is our opinion that the record contains sufficient evidence from which the jury could find the defendant's guilt established beyond a reasonable doubt. *People* v. *Mays* (1969), 19 Mich App 588; People v. *Moss* (1969), 16 Mich App 295.

Affirmed.

---

* CL 1948, § 750.360 (Stat Ann 1954 Rev § 28.592).